ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 28 2025

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGEL GOMEZ-ARIAS | Criminal Indictment<br><br>No. 1:25CR-32 |

THE GRAND JURY CHARGES THAT:

On or about January 1, 2023, in the Northern District of Georgia, the defendant, Angel Gomez-Arias, an alien to the United States of America, was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General or the Secretary of Homeland Security, to re-apply for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A __true__ BILL

_____
FOREPERSON

RICHARD MOULTRIE, JR.
*Acting United States Attorney*

*Dashene A. Cooper*

DASHENE A. COOPER
*Assistant United States Attorney*
Georgia Bar No. 385738